# M E M O R A N D U M

**To:** August Marzilliano

**From:** Magistrate Judge Cheryl Pollak

**Re:** Rite Aid v. American Express Travel - 08-CV-2315 (NGG)
CVS Pharmacy, Inc v. American Express Travel - 08-CV-2316 (NGG)
Walgreen Co. v. American Express Travel - 08-CV-2317 (NGG)
Bio-Lo v. American Express - 08-CV-2380 (NGG)
H.E. Butt Grocery Co v. American Express - 08-CV-2406 (NGG)

**Date:** August 27, 2008

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Please reassign this case to another Magistrate Judge by random selection. I must recuse myself due to a conflict with one of the parties.